DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**HOBBS ARCHITECTURAL FOUNTAINS, INC.,** a foreign corporation,
Appellant,

v.

**STELLAR BUSINESS SOLUTIONS, LLC** d/b/a **CRITICAL BUILD,** a
Florida Limited Liability Company,
Appellee.

No. 4D16-3973

[November 16, 2017]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Carol-Lisa Phillips, Judge; L.T. Case No. CACE14010796 (25).

Randall L. Leshin of Randall Leshin, P.A., Fort Lauderdale, for appellant.

Kevin J. Taylor of Kevin J. Taylor, P.A., Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, TAYLOR and DAMOORGIAN, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***